McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMANPREET SINGH,<br>  "aka" Tony,<br><br>Defendant. | CASE NO. 2:18-CR-00089 GEB<br><br>**NOTICE TO SEAL DOCUMENTS** |

Pursuant to Local Rule 141, the United States, through Assistant United States Attorneys Todd A. Pickles and Rosanne L. Rust, hereby gives notice that it has submitted a three-page supplement to the plea agreement, a copy of which has also been submitted to counsel for the defendant, and requested such document be sealed.

Dated: May 7, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

*/s/ Rosanne L. Rust* ___
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys

Notice to Seal Documents                                    1